Opinion issued August 11, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00427-CV

———————————

radford gene
steel, Appellant

V.

lisa
collins, Appellee



 



 

On Appeal from the 300th District Court 

Brazoria County, Texas



Trial Court Cause No. 56047

 



MEMORANDUM OPINION

Appellant, Radford Gene Steel, has filed a motion to
dismiss the appeal.  No opinion has
issued.  Accordingly, we grant the motion
and dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices
Jennings, Bland, and Massengale.